IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELAINE SCATTERGOOD | : | CIVIL ACTION |
| v. | : | |
| LEE BILLITER, et al. | : | NO. 05-3073 |

## ORDER

AND NOW, this 2nd day of December, 2010, IT IS HEREBY ORDERED that:

1. Defendants' motion to dismiss (Dkt. 116) is DENIED.

2. Ms. Scattergood shall make herself available for deposition on or before January 14, 2011.

3. Discovery shall conclude on February 15, 2011.

4. A status conference is scheduled for February 21, 2011, at 10 a.m. At that time we will set a schedule for dispositive motions and discuss a schedule for trial in the event the dispositive motions are denied.

BY THE COURT:

/s/ William Ditter

J. WILLIAM DITTER, JR., S.J.