IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELAINE SCATTERGOOD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LEE BILLITER, et al. | : | NO. 05-3073 |

## ORDER

AND NOW, this 18th day of June, 2012, upon consideration of the motion for summary judgment filed by defendants Manheim Township Police, Chief of Police Paul Rager, and Manheim Police Officers Lee Billiter, Christopher Keenan, and Allen Leed (Dkt. 138), and plaintiff's opposition and objection to the defendants' statement of facts (Dkts. 142, 143),

IT IS HEREBY ORDERED that defendants' motion is GRANTED.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.